UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACKING NETTLES,

        Plaintiff,        Case No. 1:13cv1353

v.        Hon. Robert J. Jonker

MILDRED SMOKER, et al.,

        Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

    The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on March 16, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 16, 2015, is approved and adopted as the opinion of the court.

    **IT IS FURTHER ORDERED** that the motion for summary judgment (docket #21) by defendant Heinemann is **GRANTED**. This matter is **CLOSED**.

                                /s/ Robert J. Jonker
                                ROBERT J. JONKER
                                UNITED STATES DISTRICT JUDGE

DATED: April 8, 2015.